UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
KEITH WECHSLER
Plaintiff,

vs.

LINDA STRUMPF, ESQ.                Rule 7.1 Statement
HAL SEIGEL as president of
US EQUITIES CORP                   **JUDGE ROBINSON**

Defendant.
_____x   **08 CIV. 1535**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local
General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to
evaluate possible disqualification or recusal, the undersigned counsel for Keith Wechsler
(a private non-governmental party) certifies that the following are corporate parents,
affiliates and/or subsidiaries of said party, which are publicly held:
N/A

Dated: Spring Valley, New York
February 14, 2008
                                    _____/s/_____
                                    Shmuel Klein (SK 7212) Fed Court Only
                                    Law Office of Shmuel Klein, PC
                                    Attorneys for Plaintiff
                                    268 ROUTE 59
                                    Spring Valley, NY  10977
                                    (845) 425-2510

11