UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
KEITH WECHSLER,

                                                  RULE 7.1 DISCLOSURE

       Plaintiff(s),

   -against-

                                                  08 CV 1535
                                                  (Robinson, J)

LINDA STRUMPF, HAL SEIGEL, individually
and US EQUITIES CORP.,

       Defendant(s).

------------------------------------x

       Defendant, US EQUITIES CORP., by its attorney, MEL S. HARRIS AND ASSOCIATES, LLC, alleges that the defendant has no publicly traded parent companies.

Dated: April 29, 2008

                                        _____
                                        MEL S. HARRIS AND ASSOCIATES LLC
                                        By: Arthur Sanders (as1210)
                                        Attorneys for defendant
                                        5 Hanover Square, 8th Floor
                                        New York, NY 10004
                                        212-660-1050