UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

KEITH WECHSLER,

                           Plaintiff,

   -against-

LINDA STRUMPF, HAL SEIGEL, individually
And US EQUITIES CORP.,

                           Defendants(s).

------------------------------------------x

                    ANSWER

                    CV-08-1535
                    (Robinson, J.)

      Defendants, by their attorney MEL S. HARRIS AND ASSOCIATES, LLC, answer plaintiff's complaint as follows:

      1. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "1" of the complaint.

      2. Defendants admit that the Court has jurisdiction to hear the matters before it, but denies any violation of applicable law.

      3. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "3" of the complaint.

      4. Defendants admit the allegations contained in paragraph "4" of the complaint.

      5. Defendants admit the allegations contained in paragraph "5" of the complaint.

1

6. Defendants admit the allegations contained in paragraph "6" of the complaint.

7. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "7" of the complaint.

8. Defendants admit the allegations contained in paragraph "8" of the complaint.

9. Defendants admit the allegations contained in paragraph "9" of the complaint.

10. Defendants admit the allegations contained in paragraph "10" of the complaint.

11. Defendants admit the allegations contained in paragraph "11" of the complaint.

12. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "12" of the complaint.

13. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "13" of the complaint.

14. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "14" of the complaint.

15. Defendants admit that plaintiff contacted the law office of Linda Strumph, but otherwise deny knowledge or information

2

sufficient to form a belief as to the allegations contained in paragraph "15" of the complaint.

16. Defendants admit that plaintiff contacted the law office of Linda Strumpf, but otherwise deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "16" of the complaint.

17. Defendants admit that plaintiff contacted the law office of Linda Strumpf, but otherwise deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "17" of the complaint.

18. Defendants admit that plaintiff contacted the law office of Linda Strumpf, but otherwise deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "18" of the complaint.

19. Defendants admit that plaintiff contact the law office of Linda Strumpf, but otherwise deny knowledge or information sufficient to form a belief as to the allegations contained in paragraph "19" of the complaint.

20. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "20" of the complaint.

21. Defendants admit the allegations contained in paragraph "21" of the complaint.

22. Defendants admit sending correspondence to plaintiff, but otherwise deny the allegations contained in paragraph "22" of the complaint.

23. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "23" of the complaint.

24. Defendants deny each and every allegation contained in paragraph "24" of the complaint.

25. Defendants deny each and every allegation contained in paragraph "25" of the complaint.

26. Defendants deny each and every allegation contained in paragraph "26" of the complaint.

27. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "27" of the complaint.

28. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "28" of the complaint.

29. Defendants deny each and every allegation contained in paragraph "29" of the complaint.

30. Defendants admit the allegations contained in paragraph "30" of the complaint.

31. Defendants admit that the judgment was vacated on February 6, 2008, but otherwise deny knowledge or information

sufficient to form a belief as to the allegations contained in paragraph "31" of the complaint.

32. Defendants deny each and every allegation contained in paragraph "32" of the complaint.

33. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "33" of the complaint.

34. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "34" of the complaint.

35. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "35" of the complaint.

36. Defendants deny knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph "36" of the complaint.

37. Defendants deny each and every allegation contained in paragraph "37" of the complaint.

38. Defendants deny each and every allegation contained in paragraph "38" of the complaint.

39. Defendants deny each and every allegation contained in paragraph "39" of the complaint.

40. Defendants deny each and every allegation contained in paragraph "40" of the complaint.

41. Defendants deny each and every allegation contained in paragraph "41" of the complaint.

42. Defendants deny each and every allegation contained paragraph "42" of the complaint.

43. Defendants deny each and every allegation contained in paragraph "43" of the complaint.

44. Defendants deny each and every allegation contained in paragraph "44" of the complaint.

45. Defendants deny each and every allegation contained in paragraph "45" of the complaint.

46. Defendants deny each and every allegation contained in paragraph "46" of the complaint.

47. Defendants deny each and every allegation contained in paragraph "47" of the complaint.

48. Defendants deny each and every allegation contained in paragraph "48" of the complaint.

49. Defendants deny each and every allegation contained in paragraph "49" of the complaint.

50. Defendants deny each and every allegation contained in paragraph "50" of the complaint.

51. Defendants deny each and every allegation contained in paragraph "51" of the complaint.

52. Defendants deny each and every allegation contained in paragraph "52" of the complaint.

53.   Defendants deny each and every allegation contained in paragraph "53" of the complaint.

54.   Defendants deny each and every allegation contained in paragraph "54" of the complaint.

55.   Defendants deny each and every allegation contained in paragraph "55" of the complaint.

56.   Defendants deny each and every allegation contained in paragraph "56" of the complaint.

57.   Defendants deny each and every allegation contained in paragraph "57" of the complaint.

58.   Defendants deny each and every allegation contained in paragraph "58" of the complaint.

59.   Defendants deny each and every allegation contained in paragraph "59" of the complaint.

60.   Defendants deny each and every allegation contained in paragraph "60" of the complaint.

61.   Defendants deny each and every allegation contained in paragraph "60" of the complaint.

62.   Defendants deny each and every allegation contained in paragraph "62" of the complaint.

63.   Defendants deny each and every allegation contained in paragraph "63" of the complaint.

64.   Defendants deny each and every allegation contained in paragraph "64" of the complaint.

WHEREFORE, the Defendants respectfully requests that plaintiff's complaint be dismissed.

Dated:  New York, NY
        April 29, 2008

_____
Arthur Sanders (AS1210)
 MEL S. HARRIS AND ASSOCIATES, LLC
Attorneys for Defendants
5 Hanover Square - 8th Floor
New York, NY  10004
212-660-1050


TO:

THE LAW OFFICE OF SHMUEL KLEIN, P.C.
Attorney for plaintiff
268 Route 59
Spring Valley, NY  10977